IN RE JUSTIN F.
IN RE HAILEE L.

The petition by the respondent parents for certification for appeal from the Appellate Court (AC 31442) is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Kimberly L.*, pro se, and *Anthony L.*, pro se, in support of the petition.

Decided March 25, 2010

IN RE JUSTIN F.
IN RE HAILEE L.

The petition by the respondent parents for certification for appeal from the Appellate Court (AC 31558) is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Kimberly L.*, pro se, and *Anthony L.*, pro se, in support of the petition.

Decided March 25, 2010

IN RE JUSTIN F.
IN RE HAILEE L.

The petition by the respondent parents for certification for appeal from the Appellate Court (AC 31728) is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Kimberly L.*, pro se, and *Anthony L.*, pro se, in support of the petition.

Decided March 25, 2010